

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2016

No. 04-16-00435-CV

Everett W. **GREGORY** Jr. and Marcia Gregory,
Appellants

v.

**BANK OF AMERICA, N.A.** and Jesse R. Mendoza,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI05064
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

     Appellant's brief was due to be filed on or before October 14, 2015; however, it has not yet been filed.  Because no brief has been filed, it is ORDERED appellant show cause in writing within ten days from the date of this order why this appeal should not be dismissed for want of prosecution.  TEX. R. APP. P. 38.8(a).

     Response should include a reasonable explanation for failure to timely file the brief and should demonstrate affirmative steps taken to remedy the deficiency.  If appellant intends for the response to act as a motion for extension of time, it must comply with Rule 10.5 of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules.  If appellant no longer wishes to pursue this appeal, the response should include a motion to dismiss.

     If this Court does not receive an adequate response within ten days, the appeal will be dismissed for want of prosecution.  TEX. R. APP. P. 38.8(a)(1).

_____
Jason Pulliam, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court